# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2025

*The Court of Appeals hereby passes the following order:*

**A24A1737.  KIANNA ELLISON et al. v. 1084 WEST PEACHTREE STREET APARTMENT INVESTORS, LLC.**

We granted appellant's application for interlocutory appeal to review the trial court's order dated April 19, 2024. After careful review of the record in this case, we conclude that the application for interlocutory appeal was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/05/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*